■ The People of the State of New York, Respondent, v Kevin V. Byng, Appellant. (Appeal No. 2.) [49 NYS3d 332]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered September 8, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Byng* ([appeal No. 1] 148 AD3d 1752 [2017]). Present—Smith, J.P., Carni, NeMoyer, Curran and Troutman, JJ.